# ALABAMA COURT OF CRIMINAL APPEALS



December 1, 2023

**CR-2023-0367**

Eugene Edward Pritchard III v. Alabama Department of Corrections (Appeal from Montgomery Circuit Court: CV-23-900407)

## <u>NOTICE</u>

You are hereby notified that on December 1, 2023, the following action was taken in the above-referenced cause by the Court of Criminal Appeals:

Application for Rehearing Overruled.

D. Scott Mitchell, Clerk